IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

TANYA BOYD HARPER                                              PLAINTIFF

VS.                              CASE NO. 03-CV-1170

BROOKSHIRE GROCERY COMPANY                                     DEFENDANT

## ORDER

Before the Court is Defendant Brookshire Grocery Company's Motion for Summary Judgment. The Plaintiff Tanya Boyd Harper has responded. For the reasons discussed in the Memorandum Opinion of even date, the Court finds that the Defendant's Motion for Summary Judgment should be and hereby is **granted**. Accordingly, the Plaintiff's Complaint against the Defendant is hereby dismissed.

IT IS SO ORDERED, this 9th day of September, 2005.

/s/Harry F. Barnes
Harry F. Barnes
United States District Judge